UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GERALD SHLESINGER,          )<br>                             )<br>          Plaintiff,         )<br>                             )<br> vs.                         )<br>                             )<br> BANK OF AMERICA, et al.,    )<br>                             )<br>          Defendant.         )<br> _____) | **O R D E R**<br><br>2:11:-CV-2020-PMP-PAL |

Before the Court is Defendant Bank of America's Motion to Dismiss [4]. Notwithstanding a Court approved extension of time within which to do so, Plaintiff has failed to file an Opposition to Defendant's Motion. Therefore, in accord with the Local Rules of Practice of this Court, Plaintiff consents to the granting of Defendant's Motion. Moreover, a review of Defendant's Motion shows that Defendant is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that [4] Defendant's Motion to Dismiss Plaintiff's Complaint is GRANTED.

DATED: February 3, 2012.

*[signature: Philip M. Pro]*

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE