UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERALD SHLESINGER, | 2:11-CV-02020-PMP-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| BANK OF AMERICA, *et al.*, | |
| Defendants. | |

On February 3, 2012, this Court entered an Order (Doc. #14) granting Defendants' Motion to Dismiss (Doc. #4).

On February 13, 2012, Plaintiff filed a Motion for District Judge to Reconsider Order (Doc. #16) and on February 14, 2012, Defendants' filed a Non-Opposition (Doc. #18). A review of the foregoing shows that while Defendants' Motion to Dismiss (Doc. #4) was pending, the Parties had internally agreed to a "indefinite" extension of time for Plaintiff to respond to Defendants' pending motion to dismiss. Unfortunately, the Parties did not make the Court aware of their agreement. The Court wishes to encourage the Parties settlement efforts. As a result,

**IT IS ORDERED** that Plaintiff's Motion for District Judge to Reconsider Order (Doc. #16) is **GRANTED**, and that is Courts Order Granting Defendants' Motion to Dismiss (Doc. #14) is hereby **VACATED.**

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. #4) is **DENIED** without prejudice to Defendants to renew its motion in the event the Parties are unable to resolve this case by settlement.

**IT IS FURTHER ORDERED** that the Parties shall file a joint status report regarding the status of their settlement efforts on or before **March 12, 2012**.

DATED: February 17, 2012.

_____
PHILIP M. PRO
United States District Judge