**SAO**
CHRIS SULLIVAN, ESQ.
Nevada Bar No.: 8278
**CHRIS SULLIVAN LAW FIRM**
332 S Jones Blvd.
Las Vegas, NV 89107
Tel (702) 471-0112
Fax (702) 567-0116
chris@chrissullivanlawfirm.com
*Attorney for Plaintiff*
*Gerald Schlesinger*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERALD SHLESINGER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a Foreign Corporation, DIRECT EQUITY MORTGAGE, LLC, a Nevada Limited Liability Company; CTX MORTGAGE COMPANY, LLC, a Foreign Limited Liability Company; DOES I through XX, ROES I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-2020-PMP-PAL |

**THIRD STIPULATION AND ORDER GRANTING PLAINTIFF'S EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, GERALD SHLESINGER, by and through his counsel, CHRIS SULLIVAN LAW FIRM and, Defendant, BANK OF AMERICA, N.A., by and through their counsel, AKERMAN

///

///

1

SENTERFITT LLP, that Plaintiff be granted an extension to file a response to Defendant's Motion To Dismiss up and until March 7, 2012.  Each party to bear their own fees and costs.

DATED this 23rd day of February, 2012.    DATED this 23rd, day of February, 2012.

CHRIS SULLIVAN LAW FIRM                AKERMAN SENTERFITT LLP.


By:___/s/ Chris Sullivan____         By:  ___/s/ Shannon M. Gallo_
    CHRIS SULLIVAN, ESQ.              ARIEL STERN, ESQ.
    Nevada Bar No. 8278                Nevada Bar No. 8276
    332 S. Jones Ave.                  SHANNON M. GALLO, ESQ.
    Las Vegas, NV 89107                Nevada Bar No. 11967
    Attorney for Plaintiff             Attorney for Defendant
    GERALD SCHLESINGER                 BANK OF AMERICA, N.A.

2

# ORDER

Based upon the Stipulation entered into between the parties and their respective counsel of record, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Plaintiff shall be granted an extension to file a response to Defendant's Motion To Dismiss up and until March 7, 2012.

**IT IS FURTHER ORDERED** that each party to bear their own fees and costs.

DATED this _27th day of February, 2012.

_____
US DISTRICT COURT JUDGE

**CHRIS SULLIVAN LAW FIRM**

By: */s/ Chris Sullivan*
CHRIS SULLIVAN, ESQ.
Nevada State Bar #8278
332 S Jones Blvd.
Las Vegas, NV 89107
Attorney for Plaintiff

3