UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERALD SHLESINGER, | |
| Plaintiff, | 2:11-cv-2020-PMP-PAL |
| v. | |
| BANK OF AMERICA, N.A., et al., | ORDER |
| Defendants. | |

On July 23, 2012, the Court entered an Order directing Plaintiff Gerald Shlesinger ("Shlesinger") to file proof of service as to Defendant Direct Equity Mortgage, LLC ("Direct Equity") within ten (10) days from the date of the Order. (Order (Doc. #46) at 15-16.) The Order provided that failure to timely file proof of service would result in the dismissal of this case, without prejudice, as to Direct Equity. (Id.) More than ten days have passed from the date of the Order, and Shlesinger has not filed proof of service in this Court as to Direct Equity.

IT IS THEREFORE ORDERED that this case is dismissed, without prejudice, as to Defendant Direct Equity Mortgage, LLC.

DATED: August 9, 2012

_____
PHILIP M. PRO
United States District Judge